1  J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*

2  Annie S. Wang (SBN 243027)                    ***MADE JS-6***
*annie@coombspc.com*

3  J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202

4  Glendale, California  91206
Telephone:  (818) 500-3200

5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

7

8  Marty Howard, an individual and
 d/b/a as Amazon.com Seller 123
Collectibles DVD's & CD's

9  8045 Hunterbrooke Lane
Fulton, MD 20759

10

11  Defendant, *in pro se*

12                    UNITED STATES DISTRICT COURT

13                    CENTRAL DISTRICT OF CALIFORNIA

14
                                                    )
15  Warner Bros. Home Entertainment Inc.,  )      Case No. CV12-7775 GW (JCx)
                                                    )
16              Plaintiff,                         )
                                                    )      CONSENT DECREE AND
17         v.                                      )      PERMANENT  INJUNCTION
                                                    )
18  Marty Howard, an individual and d/b/a as )
Amazon.com Seller 123 Collectibles       )
19  DVD's & CD's and Does 1-10, inclusive, )
                                                    )
20              Defendants.                        )
                                                    )

21         The Court, having read and considered the Joint Stipulation for Entry of

22  Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner

23  Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Marty Howard, an

24  individual and d/b/a as Amazon.com Seller 123 Collectibles DVD'S & CD's

25  ("Defendant"), in this action, and good cause appearing therefore, hereby:

26

27

28

Warner Bros. v. Howrad: [Proposed] Consent Decree            - 1 -

1
2
3

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

4
5
6

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

7
8
9
10
11
12
13

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

14
15

3)      Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

16
17
18
19
20
21
22
23

4)      Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

24
25
26
27

a)      Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

28

b)     Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c)     Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)     Each side shall bear its own fees and costs of suit.

6)     Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)     This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)     The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)     The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)     The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11)     This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:  February 4, 2013

_____
Hon. George H. Wu
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.


By: _____
        J. Andrew Coombs
        Annie S. Wang
Attorneys for Plaintiff Warner Bros. Home
Entertainment Inc.


Marty Howard, an individual and d/b/a as
Amazon.co Seller 123 Collectibles DVD'S & CD's


By: _____
        Marty Howard
Defendant, *in pro se*

1
2

## COPYRIGHT REGISTRATIONS

| Registration No. | Title | Copyright Claimant |
|---|---|---|
| PA 791-384 | A Thin Line Between Love and Hate | New Line Productions, Inc. |
| RE 882-059; LP 44-949 | Babe (Widescreen Special Edition) | Turner Entertainment Co. (PWH) |
| PA 931-682 | Blast From the Past | New Line Productions, Inc. |
| RE 671-581 | Dr. Seuss' The Cat In The Hat (Widescreen Edition) | CBS Worldwide, Inc. |
| PA 951-217 | Drop Dead Gorgeous | New Line Productions, Inc. |
| PA 415-590 | Her Alibi | Warner Bros. Entertainment Inc. |
| PA 39-609 | It's Alive | Larco Productions, Inc. |
| PA 17-539 | It's Alive 2: It Lives Again | Larco Productions, Inc. |
| PA 364-606 | It's Alive 3: Island of the Alive | Warner Bros. Entertainment Inc. |
| R637954 | Mighty Joe Young | RKO Pictures, Inc. |
| PA 142-980 | Poltergeist | Metro-Goldwyn-Mayer Film Company & S L M Entertainment, Ltd. |
| PA 227-976 | Purple Rain | Purple Films Company & Warner Bros. Entertainment Inc. |
| RE 704-367; LP 34-487 | The Dirty Dozen | Turner Entertainment Co. (PWH) |
| PA 1-260-522 (1977); PRE 000-005-992 (2012) | The Hobbit (1977; 2012) | Rankin/Bass Productions, Inc. (1977); Metro-Goldwyn-Mayer Pictures Inc.; Warner Bros. Entertainment Inc. (2012) |
| PA 1-107-745 | The Lord of the Rings: The Fellowship of the Ring | New Line Productions, Inc. |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| PA 1-201-547 | The Lord of the Rings: The Return of the King | Lord Dritte Productions Deutschland Filmproduktion, GmbH & Co. KG & New Line Productions, Inc. |
| PA 1-119-134 | The Lord of the Rings: The Two Towers (Four-Disc Special Extended Edition) | Lord Zweite Productions Deutschland Filmproduktion, GmbH & Co. KG & New Line Productions, Inc.x |
| PA 1-232-756 | The Notebook | New Line Productions, Inc. |
| PA 1-250-537 | The Polar Express (Widescreen Edition) | Warner Bros. Entertainment, Inc. |
| PA 874-690 | The Postman | Warner Bros. Entertainment Inc. |
| PAu003065408 | The Texas Chainsaw Massacre (2006) | Chainsaw Productions II, LLC |
| PA 665-213 | True Romance (Unrated Director's Cut) | Morgan Creek Productions, Inc. (employer for hire) |
| PA 252-454 | Vision Quest | Warner Bros. Entertainment Inc. |
| PA 1-795-517 | THE BIG BANG THEORY: Pilot | Warner Bros. Entertainment Inc. |
| PA 1-799-964 | THE BIG BANG THEORY: The Big Bran Hypothesis | Warner Bros. Entertainment Inc. |
| PA 1-799-962 | THE BIG BANG THEORY: The Fuzzy Boots Corollary | Warner Bros. Entertainment Inc. |
| PA 1-799-893 | THE BIG BANG THEORY: The Luminous Fish Effect | Warner Bros. Entertainment Inc. |
| PA 1-799-876 | THE BIG BANG THEORY: The Hamburger Postulate | Warner Bros. Entertainment Inc. |
| PA 1-799-894 | THE BIG BANG THEORY: The Middle Earth Paradigm | Warner Bros. Entertainment Inc. |
| PA 1-799-868 | THE BIG BANG THEORY: The Dumpling Paradox | Warner Bros. Entertainment Inc. |

Warner Bros. v. Howard: [Proposed] Consent Decree             - 6 -

| | | |
|---|---|---|
| PA 1-799-872 | THE BIG BANG THEORY: The Grasshopper Experiment | Warner Bros. Entertainment Inc. |
| PA 1-799-890 | THE BIG BANG THEORY: The Cooper-Hofstadter Polarization | Warner Bros. Entertainment Inc. |
| PA 1-800-073 | THE BIG BANG THEORY: The Loobenfeld Decay | Warner Bros. Entertainment Inc. |
| PA 1-799-897 | THE BIG BANG THEORY: The Pancake Batter Anomaly | Warner Bros. Entertainment Inc. |
| PA 1-799-875 | THE BIG BANG THEORY: The Jerusalem Duality | Warner Bros. Entertainment Inc. |
| PA 1-799-899 | THE BIG BANG THEORY: The Bat Jar Conjecture | Warner Bros. Entertainment Inc. |
| PA 1-799-884 | THE BIG BANG THEORY: The Nerdvana Annihilation | Warner Bros. Entertainment Inc. |
| PA 1-799-886 | THE BIG BANG THEORY: The Pork Chop Indeterminacy | Warner Bros. Entertainment Inc. |
| PA 1-799-887 | THE BIG BANG THEORY: The Peanut Reaction | Warner Bros. Entertainment Inc. |
| PA 1-799-865 | THE BIG BANG THEORY: The Tangerine Factor | Warner Bros. Entertainment Inc. |
| PA 1-696-748 | THE BIG BANG THEORY: The Vartabedian Conundrum | Warner Bros. Entertainment Inc. |
| PA 1-696-743 | THE BIG BANG THEORY: The Euclid Alternative | Warner Bros. Entertainment Inc. |
| PA 1-696-733 | THE BIG BANG THEORY: The Cooper-Nowitzki Theorem | Warner Bros. Entertainment Inc. |
| PA 1-696-749 | THE BIG BANG THEORY: The Killer Robot Instability | Warner Bros. Entertainment Inc. |
| PA 1-696-751 | THE BIG BANG THEORY: The Dead Hooker Juxtaposition | Warner Bros. Entertainment Inc. |
| PA 1-696-752 | THE BIG BANG THEORY: The Bath Item Gift Hypothesis | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| PA 1-696-753 | THE BIG BANG THEORY: The Terminator Decoupling | Warner Bros. Entertainment Inc. |
| PA 1-696-755 | THE BIG BANG THEORY: The Lizard-Spock Expansion | Warner Bros. Entertainment Inc. |
| PA 1-696-756 | THE BIG BANG THEORY: The Griffin Equivalency | Warner Bros. Entertainment Inc. |
| PA 1-696-723 | THE BIG BANG THEORY: The Hofstadter Isotope | Warner Bros. Entertainment Inc. |
| PA 1-696-719 | THE BIG BANG THEORY: The Work Song Nanocluster | Warner Bros. Entertainment Inc. |
| PA 1-696-724 | THE BIG BANG THEORY: The Cushion Saturation | Warner Bros. Entertainment Inc. |
| PA 1-696-726 | THE BIG BANG THEORY: The Friendship Algorithm | Warner Bros. Entertainment Inc. |
| PA 1-696-727 | THE BIG BANG THEORY: The Monopolar Expedition | Warner Bros. Entertainment Inc. |
| PA 1-696-730 | THE BIG BANG THEORY: The Financial Permeability | Warner Bros. Entertainment Inc. |
| PA 1-696-734 | THE BIG BANG THEORY: The Barbarian Sublimation | Warner Bros. Entertainment Inc. |
| PA 1-696-745 | THE BIG BANG THEORY: The Vegas Renormailization | Warner Bros. Entertainment Inc. |
| PA 1-696-746 | THE BIG BANG THEORY: The Classified Materials | Warner Bros. Entertainment Inc. |
| PA 1-696-757 | THE BIG BANG THEORY: The Codpiece Topology | Warner Bros. Entertainment Inc. |
| PA 1-696-758 | THE BIG BANG THEORY: The Panty Pinata Polarization | Warner Bros. Entertainment Inc. |
| PA 1-696-761 | THE BIG BANG THEORY: The Bad Fish Paradigm | Warner Bros. Entertainment Inc. |
| PA 1-696-763 | THE BIG BANG THEORY: The White Asparagus Triangulation | Warner Bros. Entertainment Inc. |
| PA 1-696-765 | THE BIG BANG THEORY: The Maternal Capacitance | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | Warner Bros. Entertainment Inc. |
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | Warner Bros. Entertainment Inc. |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | Warner Bros. Entertainment Inc. |
| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | Warner Bros. Entertainment Inc. |
| PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | Warner Bros. Entertainment Inc. |
| PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | Warner Bros. Entertainment Inc. |
| PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | Warner Bros. Entertainment Inc. |
| PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | Warner Bros. Entertainment Inc. |
| PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | Warner Bros. Entertainment Inc. |
| PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | Warner Bros. Entertainment Inc. |
| PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | Warner Bros. Entertainment Inc. |
| PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | Warner Bros. Entertainment Inc. |
| PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | Warner Bros. Entertainment Inc. |
| PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | Warner Bros. Entertainment Inc. |
| PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | Warner Bros. Entertainment Inc. |
| PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | Warner Bros. Entertainment Inc. |
| PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | Warner Bros. Entertainment Inc. |
| PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | Warner Bros. Entertainment Inc. |
| PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | Warner Bros. Entertainment Inc. |
| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | Warner Bros. Entertainment Inc. |
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | Warner Bros. Entertainment Inc. |
| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | Warner Bros. Entertainment Inc. |
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | Warner Bros. Entertainment Inc. |
| PA 1-747-825 | TRUE BLOOD:: She's Not There | Home Box Office, Inc. |
| PA 1-747-826 | TRUE BLOOD: You Smell Like Dinner | Home Box Office, Inc. |
| PA 1-748-869 | TRUE BLOOD: If You Love Me, Why Am I Dyin? | Home Box Office, Inc. |
| PA 1-795-196 | TRUE BLOOD: I'm Alive And On Fire | Home Box Office, Inc. |
| PA 1-795-199 | TRUE BLOOD: ME And The Devil | Home Box Office, Inc. |
| PA 1-751-681 | TRUE BLOOD: I Wish I Was The Moon | Home Box Office, Inc. |
| PA 1-756-282 | TRUE BLOOD: Cold Grey Light Of Dawn | Home Box Office, Inc. |
| PA 1-756-538 | TRUE BLOOD: Spellbound | Home Box Office, Inc. |
| PA 1-756-541 | TRUE BLOOD: Let's Get Out Of Here | Home Box Office, Inc. |

| | | |
|---|---|---|
| PA 1-756-540 | TRUE BLOOD:: Burning Down The House | Home Box Office, Inc. |
| PA 1-765-849 | TRUE BLOOD: Soul Of Fire | Home Box Office, Inc. |
| PA 1-765-827 | TRUE BLOOD: And When I Die | Home Box Office, Inc. |
| PA 1-267-611 | SMALLVILLE: Exile | Warner Bros. Entertainment Inc. |
| PA 1-267-610 | SMALLVILLE: Phoenix | Warner Bros. Entertainment Inc. |
| PA 1-267-613 | SMALLVILLE: Extinction | Warner Bros. Entertainment Inc. |
| PA 1-267-612 | SMALLVILLE: Slumber | Warner Bros. Entertainment Inc. |
| PA 1-267-616 | SMALLVILLE: Perry | Warner Bros. Entertainment Inc. |
| PA 1-267-615 | SMALLVILLE: Relic | Warner Bros. Entertainment Inc. |
| PA 1-267-614 | SMALLVILLE: Magnetic | Warner Bros. Entertainment Inc. |
| PA 1-267-609 | SMALLVILLE: Shattered | Warner Bros. Entertainment Inc. |
| PA 1-267-608 | SMALLVILLE: Asylum | Warner Bros. Entertainment Inc. |
| PA 1-267-607 | SMALLVILLE: Whisper | Warner Bros. Entertainment Inc. |
| PA 1-267-597 | SMALLVILLE: Delete | Warner Bros. Entertainment Inc. |
| PA 1-267-595 | SMALLVILLE: Hereafter | Warner Bros. Entertainment Inc. |
| PA 1-267-598 | SMALLVILLE: Velocity | Warner Bros. Entertainment Inc. |
| PA 1-267-596 | SMALLVILLE: Obsession | Warner Bros. Entertainment Inc. |
| PA 1-267-599 | SMALLVILLE: Resurrection | Warner Bros. Entertainment Inc. |
| PA 1-267-600 | SMALLVILLE: Crisis | Warner Bros. Entertainment Inc. |
| PA 1-267-601 | SMALLVILLE: Legacy | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| PA 1-267-602 | SMALLVILLE: Truth | Warner Bros. Entertainment Inc. |
| PA 1-267-603 | SMALLVILLE: Memoria | Warner Bros. Entertainment Inc. |
| PA 1-267-604 | SMALLVILLE: Talisman | Warner Bros. Entertainment Inc. |
| PA 1-267-605 | SMALLVILLE: Forsaken | Warner Bros. Entertainment Inc. |
| PA 1-267-606 | SMALLVILLE: Covenant | Warner Bros. Entertainment Inc. |
| PA 1-063-646 | HARRY POTTER AND THE SORCERER'S STONE | Warner Bros. Entertainment Inc. |
| PA 1-105-748 | HARRY POTTER AND THE CHAMBER OF SECRETS | Miracle Productions GmbH & Co. KG |
| PA 1-222-542 | HARRY POTTER AND THE PRISONER OF AZKABAN | P of A Productions Limited |
| PA 1-279-121 | HARRY POTTER AND THE GOBLET OF FIRE | Patalex IV Productions Limited |
| PA 1-355-547 | HARRY POTTER AND THE ORDER OF THE PHOENIX | Warner Bros. Entertainment Inc. |
| PA 1-647-906 | HARRY POTTER AND THE HALF-BLOOD PRINCE | Warner Bros. Entertainment Inc. |
| PA 1-721-904 | HARRY POTTER AND THE DEATHLY HALLOWS PART 1 | Warner Bros. Entertainment Inc. |
| PA 1-742-099 | HARRY POTTER AND THE DEATHLY HALLOWS PART 2 | Warner Bros. Entertainment Inc. |
| PA 1-736-232 | GAME OF THRONES: Winter Is Coming | Home Box Office, Inc. |
| PA 1-736-234 | GAME OF THRONES: The Kingsroad | Home Box Office, Inc. |
| PA 1-737-694 | GAME OF THRONES: Lord Snow | Home Box Office, Inc. |
| PA 1-737-699 | GAME OF THRONES: Cripples, Bastards And Broken Things | Home Box Office, Inc. |

| | | |
|---|---|---|
| PA 1-737-696 | GAME OF THRONES: The Wolf And The Lion | Home Box Office, Inc. |
| PA 1-737-695 | GAME OF THRONES: A Golden Crown | Home Box Office, Inc. |
| PA 1-750-434 | GAME OF THRONES: You Win Or You Die | Home Box Office, Inc. |
| PA 1-738-431 | GAME OF THRONES: The Pointy End | Home Box Office, Inc. |
| PA 1-739-318 | GAME OF THRONES: Baelor | Home Box Office, Inc. |
| PA 1-740-116 | GAME OF THRONES: Fire And Blood | Home Box Office, Inc. |
| PA 320-326 | JONNY QUEST: Peril of the Reptilian | Hanna-Barbera Productions, Inc. |
| PA 321-619 | JONNY QUEST: Nightmares of Steel | Hanna-Barbera Productions, Inc. |
| PA 327-582 | JONNY QUEST: Aliens Among Us | Hanna-Barbera Productions, Inc. |
| PA 321-613 | JONNY QUEST: Deadly Junket | Hanna-Barbera Productions, Inc. |
| PA 321-635 | JONNY QUEST: Forty Fathoms Into Yesterday | Hanna-Barbera Productions, Inc. |
| PA 321-623 | JONNY QUEST: Vikong Lives | Hanna-Barbera Productions, Inc. |
| PA 321-627 | JONNY QUEST: Secret of the Clay Warriors | Hanna-Barbera Productions, Inc. |
| PA 328-482 | JONNY QUEST: The Monolith Man | Hanna-Barbera Productions, Inc. |
| PA 321-878 | JONNY QUEST: Warlord of the Sky | Hanna-Barbera Productions, Inc. |
| PA 321-631 | JONNY QUEST: The Scourge of Skyborg | Hanna-Barbera Productions, Inc. |
| PA 321-612 | JONNY QUEST: Skulduggery | Hanna-Barbera Productions, Inc. |
| PA 321-615 | JONNY QUEST: Temple of Gloom | Hanna-Barbera Productions, Inc. |
| PA 321-614 | JONNY QUEST: Creeping | Hanna-Barbera |

| | Unknown | Productions, Inc. |
|---|---|---|
| PAu 2-231-862 | OZ: The Routine | Rysher Entertainment, Inc. |
| PAu 2-231-865 | OZ: Visits, Conjugal and Otherwise | Rysher Entertainment, Inc. |
| PAu 2-231-864 | OZ: God's Chillin' | Rysher Entertainment, Inc. |
| Pau 2-231-861 | OZ: Capital P | Rysher Entertainment, Inc. |
| PAu 2-231-863 | OZ: Straight Life | Rysher Entertainment, Inc. |
| PAu 2-231-868 | OZ: To Your Health | Rysher Entertainment, Inc. |
| PAu 2-231-867 | OZ: Plan B | Rysher Entertainment, Inc. |
| PAu 2-231-866 | OZ: A Game of Checkers | Rysher Entertainment, Inc. |
| PA 1-037-283 | SIX FEET UNDER: Pilot | Home Box Office, Inc. |
| PA 1-037-284 | SIX FEET UNDER: The Will | Home Box Office, Inc. |
| PA 1-039-044 | SIX FEET UNDER: The Foot | Home Box Office, Inc. |
| PA 1-037-285 | SIX FEET UNDER: Familia | Home Box Office, Inc. |
| PA 1-036-670 | SIX FEET UNDER: An Open Book | Home Box Office, Inc. |
| PA 1-036-671 | SIX FEET UNDER: The Room | Home Box Office, Inc. |
| PA 1-036-669 | SIX FEET UNDER: Brotherhood | Home Box Office, Inc. |
| PA 1-037-286 | SIX FEET UNDER: Crossroads | Home Box Office, Inc. |
| PA 1-037-287 | SIX FEET UNDER: Life's Too Short | Home Box Office, Inc. |
| PA 1-037-288 | SIX FEET UNDER: The New Person | Home Box Office, Inc. |
| PA 1-037-289 | SIX FEET UNDER: The Trip | Home Box Office, Inc. |
| PA 1-037-290 | SIX FEET UNDER: A Private Life | Home Box Office, Inc. |
| PA 1-037-291 | SIX FEET UNDER: Knock, Knock | Home Box Office, Inc. |